## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **SMARTPHONE TECHNOLOGIES, LLC,** | |
| Plaintiff, | Civil Action No. 6:10cv580 |
| **v.** | **JURY TRIAL DEMANDED** |
| **HTC CORPORATION, et al.,** | |
| Defendants. | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO F.R.C.P. 7.1

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Smartphone Technologies, LLC, states that Smartphone Technologies, LLC is a wholly-owned subsidiary of Acacia Patent Acquisition LLC. Acacia Patent Acquisition LLC is a wholly-owned subsidiary of Acacia Research Corporation, a publicly-held Corporation.

**Dated:  October 29, 2010**

Respectfully submitted,

/s/  John Ward, Jr.
Edward R. Nelson, III
enelson@nbclaw.net
Texas State Bar No. 00797142
Christie B. Lindsey
clindsey@nbclaw.net
Texas State Bar No. 24041918
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone:  (817) 377-9111
Fax:  (817) 377-3485

Anthony G. Simon
asimon@simonlawpc.com
Timothy E. Grochocinski
teg@simonlawpc.com
THE SIMON LAW FIRM, P.C.

701 Market Ste 1450
St. Louis MO 63101
Phone: (314) 241-2929
Fax:     (314) 241-2029

S. Brannon Latimer
Texas State Bar No. 24060137
LATIMER INTELLECTUAL PROPERTY, PC
P.O. Box 471430
Fort Worth, TX  76147
(469) 619-7291
(972) 767-3320 (fax)
brannon.latimer@latimeriplaw.com

T. John Ward, Jr.
Texas State Bar No. 00794818
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas  75601
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com

Attorneys for Plaintiff
SmartPhone Technologies, LLC

2