**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| SMARTPHONE TECHNOLOGIES, LLC, § § Plaintiff, § § v. § § HTC CORPORATION, HTC B.V.I., HTC § AMERICA, INC., EXEDEA, INC., NOKIA § CORPORATION, NOKIA, INC., SONY § ERICSSON MOBILE COMMUNICATIONS § AB, SONY ERICSSON MOBILE § COMMUNICATIONS (USA), INC., § KYOCERA COMMUNICATIONS, INC., § and T-MOBILE USA, INC., § § Defendants. § § | CIVIL ACTION NO. 6:10cv580  **JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANTS HTC B.V.I. AND EXEDEA, INC.**

Before the Court is the Stipulation of Dismissal as to Defendants HTC B.V.I. and Exedea, Inc. Having considered the Stipulation of Dismissal and finding that good cause exists for the granting of the same, the Court is of the opinion that the Stipulation of Dismissal should be in all respects GRANTED.

IT IS THEREFORE ORDERED that Defendants HTC B.V.I. and Exedea, Inc. are DISMISSED from the above-entitled and numbered cause, WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that all claims and causes of action asserted by HTC B.V.I. and/or Exedea, Inc. against Plaintiff in the above-entitled and numbered cause are DISMISSED WITHOUT PREJUDICE.

**So ORDERED and SIGNED this 28th day of March, 2011.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**