# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| SMARTPHONE TECHNOLOGIES, LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | **Civil Action No. 6:10-cv-580-LED** |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| HTC CORPORATION, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## T-MOBILE U.S.A., INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant-Counterclaim Plaintiff T-Mobile USA, Inc. hereby gives notice that T-Mobile USA, Inc., a Delaware corporation, is a wholly-owned subsidiary of T-Mobile Global Holding GmbH, a German entity which, in turn, is a wholly-owned subsidiary of TMobile Global Zwischenholding GmbH, a German entity. TMobile Global Zwischenholding GmbH is a wholly-owned subsidiary of Deutsche Telekom AG, a German entity. Deutsche Telekom AG is a publicly-traded company.  The American Depository of Receipts of Deutsche Telekom AG are publicly traded in the United States.

No other company owns 10% or more of T-Mobile USA, Inc.

| Dated:  April 18, 2011 | Respectfully submitted. |
|---|---|
| |   _/s/ Mark C. Nelson<br>Kirk R. Ruthenberg  (Lead Attorney)<br>District of Columbia Bar No. 415520<br>Qian Huang<br>District of Columbia Bar No. 495542<br>1301 K Street, N.W.<br>Suite 600, East Tower<br>Washington, DC 20005-3364<br>Telephone: 202.408.6410<br>Fax: 202.408.6399<br>Email:  kirk.ruthenberg@snrdenton.com<br>Email: qian.huang@snrdenton.com<br><br>Mark C. Nelson<br>Texas State Bar No. 00794361<br>Robert J. Needham<br>Texas State Bar No. 24070319<br>SNR DENTON US LLP<br>2000 McKinney Avenue, Suite 1900<br>Dallas, Texas   75201-1858<br>Telephone:  (214) 259-0990<br>Facsimile:  (214) 259-0910<br>Email:  mark.nelson@snrdenton.com<br>Email:  robert.needham@snrdenton.com<br><br>**ATTORNEYS FOR DEFENDANT<br>T-MOBILE U.S.A., INC.** |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 18, 2011 I electronically filed the foregoing:

T-MOBILE USA, INC.'S CORPORATE DISCLOSURE STATEMENT

with the Clerk of the Court by using the CM/ECF System which will serve all counsel of record

by notice of electronic filing, pursuant to Fed. R. Civ. P. 5(b)(2)(E).


\_\_/s/Mark C. Nelson_____
Mark C. Nelson

14820942