**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| SMARTPHONE TECHNOLOGIES LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:10-cv-580 |
| HTC CORPORATION, et al., | § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § § § | |

**NOTICE OF COMPLIANCE WITH P.R. 3-1 AND P.R. 3-2**

Plaintiff SmartPhone Technologies LLC files this Notice of Compliance with P.R. 3-1 and P.R. 3-2, hereby informing the Court that Plaintiff served its Disclosure of Asserted Claims and Infringement Contentions on Defendants Nokia Corporation and Nokia, Inc. on June 20, 2011 through their respective counsel of record.  Service was made by electronic mail, and the accompanying document production has been sent via overnight courier.

**Dated:  June 20, 2011**                                        Respectfully submitted,

                                                                                /s/ Edward R. Nelson, III
                                                                                Edward R. Nelson, III
                                                                                enelson@nbclaw.net
                                                                                Texas State Bar No. 00797142
                                                                                Christie B. Lindsey
                                                                                clindsey@nbclaw.net
                                                                                Texas State Bar No. 24041918
                                                                                NELSON BUMGARDNER CASTO, P.C.
                                                                                3131 West 7th Street, Suite 300
                                                                                Fort Worth, Texas 76107
                                                                                Phone:  (817) 377-9111
                                                                                Fax:  (817) 377-3485

Anthony G. Simon
asimon@simonlawpc.com
Timothy E. Grochocinski
teg@simonlawpc.com
THE SIMON LAW FIRM, P.C.
800 Market Ste 1700
St. Louis MO 63101
Phone: (314) 241-2929
Fax:    (314) 241-2029

S. Brannon Latimer
brannon.latimer@latimeriplaw.com
Texas State Bar No. 24060137
LATIMER INTELLECTUAL PROPERTY, PC
P.O. Box 471430
Fort Worth, TX 76147
(469) 619-7291
(972) 767-3320 (fax)

T. John Ward, Jr.
jw@jwfirm.com
Texas State Bar No. 00794818
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas 75601
(903) 757-6400
(903) 757-2323 (fax)

**ATTORNEYS FOR PLAINTIFF
SMARTPHONE TECHNOLOGIES LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June, 2011, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the Court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Edward R. Nelson, III