IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SMARTPHONE TECHNOLOGIES LLC | § | |
| | § | |
| vs. | § | CASE NO. 6:10-cv-580-LED |
| | § | |
| HTC CORPORATION, ET AL. | § | |

**JOINT MOTION FOR ENTRY OF**
**DISCOVERY AND DOCKET CONTROL ORDERS**

Pursuant to the Court's June 14, 2010 Order directing the parties to submit Discovery and Docket Control Orders, Plaintiff and all Defendants hereby move the Court for entry of the attached agreed Docket Control Order, and entry of the attached Discovery Order, subject to the Court's resolution of the parties' single disagreement over the level of detail required for Paragraph 2(C) damages disclosures. All remaining terms of the Discovery Order are agreed.

Dated: July 12, 2011                    Respectfully submitted,

/s/ Edward R. Nelson, III
Edward R. Nelson, III
enelson@nbclaw.net
Texas State Bar No. 00797142
Christie B. Lindsey
clindsey@nbclaw.net
Texas State Bar No. 24041918
S. Brannon Latimer
blatimer@nbclaw.net
Texas State Bar No. 24060137
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111
Fax: (817) 377-3485

Anthony G. Simon
Timothy E. Grochocinski
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700

St. Louis, MO 63101
Phone: (314) 241-2929
Fax: (314) 241-2029
asimon@simonlawpc.com
teg@simonlawpc.com

T. John Ward, Jr.
jw@jwfirm.com
Texas State Bar No. 00794818
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas 75601
(903) 757-6400
(903) 757-2323 (fax)

**ATTORNEYS FOR PLAINTIFF
SMARTPHONE TECHNOLOGIES LLC**


/s/ David Beckwith
Yar R. Chaikovsky
Michael F. Martin
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
mfmartin@mwe.com
ychaikovsky@mwe.com

David Beckwith
McDermott Will & Emery LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
dbeckwith@mwe.com

J. Thad Heartfield
Texas Bar No. 09346800
thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, TX 77706
Telephone: 409-866-2800
Fax: 409-866-5789
**Attorneys for Defendants
HTC Corporation and HTC America, Inc.**

/s/ Allen Franklin Gardner
Michael E Jones
Allen Franklin Gardner
POTTER MINTON PC
110 N College Suite 500
PO Box 359
Tyler, TX 75710-0359
903-597-8311
Fax: 903-593-0846
Email: mikejones@potterminton.com
Email: allengardner@potterminton.com

Allison H Altersohn
KING & SPALDING, LLP - NEW YORK
1185 Avenue of the Americas
New York, NY 10036-4003
212/556-2316
Fax: 212/556-2222
Email: aaltersohn@kslaw.com

**ATTORNEYS FOR DEFENDANTS, NOKIA CORPORATION AND NOKIA, INC.**

/s/ John H McDowell, Jr.
John H McDowell , Jr.
ANDREWS & KURTH - DALLAS
1717 Main St Suite 3700
Dallas, TX 75201
214-659-4735
Fax: 214-915-1432
Email: johnmcdowell@andrewskurth.com

Benjamin Jack Setnick
ANDREWS KURTH LLP
1717 Main St Ste 3700
Dallas, TX 75201
214/659-4737
Fax: 214/915-1434
Email: bensetnick@andrewskurth.com

**ATTORNEYS FOR DEFENDANTS, SONY ERICSSON MOBILE COMMUNICATIONS**

/s/ Kirk R Ruthenberg
Mark Christopher Nelson
SNR DENTON US LLP - DALLAS
2000 McKinney Avenue Suite 1900
Dallas, TX 75201
214-259-0901
Fax: 12142590910
Email: mark.nelson@snrdenton.com

Kirk R Ruthenberg
SNR DENTON US LLP - DC
1301 K Street, NW Suite 600E
Washington, DC 20005
202/408-6410
Fax: 202/408-6399
Email: kirk.ruthenberg@snrdenton.com

Qian Huang
SNR DENTON US LLP
1301 K Street NW Suite 600E
Washington, DC 20005
202-408-5546
Fax: 202/408-6399
Email: qian.huang@snrdenton.com

**ATTORNEYS FOR DEFENDANTS, T-MOBILE USA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2011, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the Court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Edward R. Nelson, III
Edward R. Nelson, III