IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SMARTPHONE TECHNOLOGIES, LLC | § | |
| | § | |
| v. | § | NO. 6:10-CV-580 |
| | § | |
| HTC CORPORATION, ET. AL | § | |

## ORDER

Before the Court is the parties' Joint Motion For Entry Of Discovery Order (Doc. No. 101). The parties have asked for the Court's resolution of a disagreement over the level of detail required for Paragraph 2(C) damages disclosures. The Court adopts Plaintiff's proposal. The parties are **ORDERED** to file a discovery order reflecting the Court's resolution by **July 19, 2011.**

**So ORDERED and SIGNED this 14th day of July, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE