# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **SMARTPHONE TECHNOLOGIES LLC,** | |
| Plaintiff, | Civil Action No. 6:10-cv-580 |
| v. | **JURY TRIAL DEMANDED** |
| **HTC CORPORATION, et al.,** | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF COMPLAINCE REGARDING INITIAL DISCLOSURES PURSUANT TO LOCAL RULE CV-26(c)

Pursuant to the Court's Discovery Order and Local Rule CV-26(c), Plaintiff Smartphone Technologies LLC hereby provides notice that on July 22, 2011, Plaintiff emailed copies of its Initial Disclosures pursuant to Rule 26(a) to Defendants' counsel of record.

**Dated: July 22, 2011**                    Respectfully submitted,

/s/ Edward R. Nelson, III
Edward R. Nelson, III
enelson@nbclaw.net
Texas State Bar No. 00797142
Christie B. Lindsey
clindsey@nbclaw.net
Texas State Bar No. 24041918
S. Brannon Latimer
blatimer@nbclaw.net
Texas State Bar No. 24060137
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111
Fax: (817) 377-3485

Anthony G. Simon
asimon@simonlawpc.com
Timothy E. Grochocinski
teg@simonlawpc.com

        THE SIMON LAW FIRM, P.C.
        701 Market Ste 1450
        St. Louis MO 63101
        Phone: (314) 241-2929
        Fax:    (314) 241-2029

        T. John Ward, Jr.
        Texas State Bar No. 00794818
        WARD & SMITH LAW FIRM
        111 W. Tyler Street
        Longview, Texas 75601
        (903) 757-6400
        (903) 757-2323 (fax)
        jw@jwfirm.com

        **ATTORNEYS FOR PLAINTIFF SMARTPHONE TECHNOLOGIES LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 22nd day of July, 2011, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

        /s/ Edward R. Nelson, III