**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **SMARTPHONE TECHNOLOGIES LLC,** | |
| Plaintiff, | Civil Action No. 6:10-cv-580 |
| v. | **JURY TRIAL DEMANDED** |
| **HTC CORPORATION, et al.,** | |
| Defendants. | |

**ORDER OF DISMISSAL WITH PREJUDICE OF**
**DEFENDANTS NOKIA CORPORATION AND NOKIA INC.**

Before the Court is the Stipulated Motion for Dismissal With Prejudice of Defendants Nokia Corporation and Nokia Inc. After considering the Motion and finding that good cause exists for its entry, it is hereby ORDERED that Defendants Nokia Corporation and Nokia Inc. be and are hereby DISMISSED from the above-entitled and numbered case with prejudice, and that each party shall bear its own costs, expenses, and attorneys' fees.

So ORDERED and SIGNED this 5th day of August, 2011.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**