IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SMARTPHONE TECHNOLOGIES, LLC,** <br><br>          Plaintiff,<br>**v.**<br><br>**HTC CORPORATION, et al.,**<br><br>          Defendants. | Civil Action No. 6:10-cv-580<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AND LITIGATION ACTIVITIES TO FACILITATE SETTLEMENT NEGOTIATIONS

Plaintiff, SmartPhone Technologies, LLC ("SmartPhone"), and Defendants, HTC Corporation, HTC America, Inc., Sony Ericsson Mobile Communications AB, Sony Ericsson Mobile Communications (USA), Inc., and T-Mobile USA, Inc., request that the Court stay all deadlines and litigation activities until September 15, 2011. For the foregoing reasons the court stays all deadlines and litigation activities. If the matter has not been resolved by September 15, 2011, the Court ORDERS the parties to file a notice with the Court regarding a revised case schedule.

**So ORDERED and SIGNED this 8th day of August, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE