**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| SMARTPHONE TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:10cv580 |
| HTC CORPORATION, et al., | § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |

**AGREED MOTION TO AMEND DOCKET CONTROL ORDER DEADLINES**

Plaintiff and all Defendants jointly file this agreed motion to amend certain docket control order deadlines and respectfully show the Court the following:

The stay in this action expired on September 15, 2011. (See Dkt. No. 121). Thus, the parties hereby submit the following proposed amendments to the Docket Control Order:

| | |
|---|---|
| Tuesday<br>March 6, 2012 | *Markman* **Hearing and hearing on any Motion for Summary Judgment of Indefiniteness for the six overlapping asserted patents with** *Smartphone v. Research in Motion, et al.*, **Case No.: 6:10-cv-00074-LED at 9 a.m. at the United States District Court, 211 W. Ferguson, Courtroom of Judge John Love, Tyler, Texas.** |
| Thursday<br>February 23, 2012 | **Comply with P.R. 4-5(d)** – Chart for the six overlapping asserted patents with *Smartphone v. Research in Motion, et al.*, Case No.: 6:10-cv-00074-LED due. Parties shall jointly submit a claim construction chart on computer disk in WordPerfect format or in such a format as the Court may direct in accordance with P.R. 4-5(d).<br><br>**Reply to Motion for Summary Judgment of Indefiniteness due.** If a technical advisor has been appointed the moving party is to provide their brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor.<br><br>Briefing shall comply with Local Rules CV-7 and 56 and Patent Rule 4-5(e). Motions to extend page limits will only be granted in |

| | |
|---|---|
| | exceptional circumstances. |
| Friday<br>February 17, 2012 | Parties to file a notice with the Court stating the estimated amount of time requested for the *Markman* Hearing for the six overlapping asserted patents with *Smartphone v. Research in Motion, et al.*, Case No.: 6:10-cv-00074-LED. The Court will notify the parties if it is unable to accommodate this request.<br><br>**Comply with P.R. 4-5(c)** - Reply brief and supporting evidence due re response to claim construction for the six overlapping asserted patents with *Smartphone v. Research in Motion, et al.*, Case No.: 6:10-cv-00074-LED. If a technical advisor has been appointed the moving party is to provide their brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor.<br><br>**Response to Motion for Summary Judgment of Indefiniteness** for the six overlapping asserted patents with *Smartphone v. Research in Motion, et al.*, Case No.: 6:10-cv-00074-LED due. If a technical advisor has been appointed the moving party is to provide their brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor.<br><br>Briefing shall comply with Local Rules CV-7 and 56 and Patent Rule 4-5(e). Motions to extend page limits will only be granted in exceptional circumstances. |
| Friday<br>February 3, 2012 | **Comply with P.R. 4-5(b)** - Responsive brief and supporting evidence due to party claiming patent infringement for the six overlapping asserted patents with *Smartphone v. Research in Motion, et al.*, Case No.: 6:10-cv-00074-LED. If a technical advisor has been appointed the moving party is to provide their *Markman* brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor.<br><br>**Motion for Summary Judgment of Indefiniteness** for the six overlapping asserted patents with *Smartphone v. Research in Motion, et al.*, Case No.: 6:10-cv-00074-LED due. If a technical advisor has been appointed the moving party is to provide their brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor.<br><br>Briefing shall comply with Local Rules CV-7 and 56 and Patent Rule 4-5(e). Motions to extend page limits will only be granted in exceptional circumstances. |

| | |
|---|---|
| Monday<br>January 9, 2012 | **Comply with P.R. 4-5 (a)** – Opening *Markman* brief for the six overlapping asserted patents with *Smartphone v. Research in Motion, et al.*, Case No.: 6:10-cv-00074-LED. |
| Thursday<br>December 22, 2011 | Proposed Technical Advisors due. Parties to provide name, address, phone number, and curriculum vitae for up to three agreed technical advisors and information regarding the nominees' availability for *Markman* hearing or a statement that they could not reach an agreement as to any potential technical advisor. If the parties cannot agree on a technical advisor, they shall not submit any proposed technical advisors to the Court. |
| Monday<br>December 19, 2011 | **Comply with P.R. 4-3** – Filing of Joint Claim Construction and Prehearing Statement for the six overlapping asserted patents with *Smartphone v. Research in Motion, et al.*, Case No.: 6:10-cv-00074-LED. |
| Tuesday<br>December 6, 2011 | **Comply with P.R. 4-2** – Exchange of Preliminary Claim Constructions and Extrinsic Evidence for the six overlapping asserted patents with *Smartphone v. Research in Motion, et al.*, Case No.: 6:10-cv-00074-LED. |
| Wednesday<br>November 16, 2011 | **Comply with P.R. 4-1** – Exchange Proposed Terms and Claim Elements for Construction for the six overlapping asserted patents with Smartphone v. Research in Motion et al., Case No.: 6:10-cv-00074-LED. |
| Monday<br>December 15, 2011 | **Comply with P.R. 3-3 and 3-4**- Invalidity Contentions due. Thereafter, it is necessary to obtain leave of Court to add and/or amend invalidity contentions, pursuant to Patent Rule 3-6.<br><br>Defendant shall join additional parties. It is not necessary to file a motion to join additional parties prior to this date. Thereafter, it is necessary to obtain leave of Court to join additional parties.<br><br>Defendant shall assert any counterclaims. After this deadline, leave of Court must be obtained to assert any counterclaims.<br><br>Add any inequitable conduct allegations to pleadings. It is not necessary to file a motion for leave to add inequitable conduct |

3

| | |
|---|---|
| | allegations to pleadings prior to this date. Thereafter, it is necessary to obtain leave of Court to add inequitable conduct allegations to pleadings. |

The May 31, 2012 *Markman* hearing date and all remaining dates (including pre-trial) will not be affected by these requested amendments. For the foregoing reasons, the parties request that the Court grant this agreed motion and revise the noted deadlines. A proposed order is attached.

**Dated: October 7, 2011**                           Respectfully submitted,


/s/ Edward R. Nelson, III
Edward R. Nelson, III
enelson@nbclaw.net
Texas State Bar No. 00797142
Christie B. Lindsey
clindsey@nbclaw.net
Texas State Bar No. 24041918
S. Brannon Latimer
blatimer@nbclaw.net
Texas State Bar No. 24060137
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111
Fax: (817) 377-3485

Anthony G. Simon
Timothy E. Grochocinski
THE SIMON LAW FIRM, P.C.
800 Market Suite 1700
St. Louis, MO 63101
Phone: (314) 241-2929
Fax: (314) 241-2029

T. John Ward, Jr.
jw@jwfirm.com
Texas State Bar No. 00794818
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas 75601
(903) 757-6400

(903) 757-2323 (fax)

**ATTORNEYS FOR PLAINTIFF**
**SMARTPHONE TECHNOLOGIES LLC**


/s/ J. Thad Heartfield
Yar R. Chaikovsky
Michael F. Martin
McDermot Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
mfmartin@mwe.com
ychaikovsky@mwe.com

David Beckwith
McDermott Wil & Emery LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
dbeckwith@mwe.com

J. Thad Heartfield
Texas Bar No. 09346800
thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, TX 77706
Telephone: 409-866-2800
Fax: 409-866-5789

**ATTORNEYS FOR DEFENDANTS**
**HTC CORPORATION, HTC B.V.I.,**
**HTC AMERICA, INC. AND EXEDEA, INC.**

/s/ John H. McDowell, Jr.
John H. McDowell , Jr.
ANDREWS & KURTH - DALLAS
1717 Main St Suite 3700
Dallas, TX 75201
214-659-4735
Fax: 214-915-1432
Email: johnmcdowell@andrewskurth.com

Benjamin Jack Setnick
ANDREWS KURTH LLP
1717 Main St Ste 3700
Dallas, TX 75201
214/659-4737
Fax: 214/915-1434
Email: bensetnick@andrewskurth.com

**ATTORNEYS FOR DEFENDANTS, SONY ERICSON MOBILE COMMUNICATIONS**

/s/ Kirk R. Ruthenberg
Kirk R. Ruthenberg
SNR DENTON US LLP - DC
1301 K Street, NW Suite 600E
Washington, DC 20005
202/408-6410
Fax: 202/408-6399
Email: kirk.ruthenberg@snrdenton.com

Mark Christopher Nelson
SNR DENTON US LLP - DALLAS
2000 McKinney Avenue Suite 1900
Dallas, TX 75201
214-259-0901
Fax: 12142590910
Email: mark.nelson@snrdenton.com

Qian Huang
SNR DENTON US LLP
1301 K Street NW Suite 600E
Washington, DC 20005
202-408-5546
Fax: 202/408-6399
Email: qian.huang@snrdenton.com

**ATTORNEYS FOR DEFENDANTS, T-MOBILE USA, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 7th day of October, 2011, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the Court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                            /s/ Edward R. Nelson, III
                                            Edward R. Nelson, III