**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **SMARTPHONE TECHNOLOGIES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**HTC CORPORATION, et al.,**<br><br>Defendants. | Civil Action No. 6:10-cv-580<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION TO
AMEND/CORRECT DOCKET CONTROL ORDER**

Before the Court is the parties' Joint Motion to Amend/Correct Docket Control Order. Having considered the Motion, and finding that good cause exists, it is hereby ORDERED that the Amended Docket Control Order entered by this Court on October 11, 2011 (Dkt. No. 126) is changed as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Comply with P.R. 4-2** Exchange of Preliminary Claim Constructions and Extrinsic Evidence | December 6, 2011 | December 20, 2011 |
| **Comply with P.R. 4-3** Filing of Joint Claim Construction and Pre-hearing Statement | December 19, 2011 | January 6, 2012 |
| **Tutorials due**. Deadline for parties, if they desire, to provide Court with tutorials concerning technology involved in patent. If a technical advisor has been appointed, each party that provides a tutorial shall provide a copy to the advisor. | | February 3, 2012 |

**So ORDERED and SIGNED this 7th day of December, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE