**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **SMARTPHONE TECHNOLOGIES, LLC,**<br><br>　　　　　　　　　　Plaintiff,<br>**v.**<br><br>**HTC CORPORATION, et al.,**<br><br>　　　　　　　　　　Defendants. | Civil Action No. 6:10-cv-580<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION TO**
**AMEND/CORRECT DOCKET CONTROL ORDER**

Before the Court is the parties' Joint Motion to Amend/Correct Docket Control Order. Having considered the Motion, and finding that good cause exists, it is hereby ORDERED that the Amended Docket Control Order entered by this Court on October 11, 2011 (Dkt. No. 126) and amended on December 7, 2011 (Dkt. No. 137) is changed as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Comply with P.R. 4-2** Exchange of Preliminary Claim Constructions and Extrinsic Evidence | December 20, 2011 | December 22, 2011 |

**So ORDERED and SIGNED this 21st day of December, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE