**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| SMARTPHONE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HTC CORPORATION, HTC AMERICA, INC., SONY ERICSSON MOBILE COMMUNICATIONS AB, SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC. and T-MOBILE USA, INC.<br><br>Defendants. | Civil Action No. 6:10-cv-580<br>JURY TRIAL DEMANDED<br>PATENT CASE |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

Plaintiff and all Defendants (the "Parties") jointly file this agreed motion to amend certain deadlines in the Amended Docket Control Order entered on October 11, 2011 (Dkt. No. 126). The Parties have met and conferred and hereby jointly move the Court to amend the deadline for all parties because the parties would benefit from additional time and specification of the due date for the identification of the technical advisor. This motion is not brought for the purpose of delay. The Parties seek to amend the following dates:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Proposed Technical Advisors due. Parties to provide name, address, phone number, and curriculum vitae for up to three agreed technical advisors and information regarding the nominees' availability for *Markman* hearing or a statement that they could not reach an agreement as to any potential technical advisor, they shall not submit any proposed technical advisors to the Court. | December 22, 2011 | December 29, 2011 |

A Proposed Amended Docket Control Order is attached to this motion.

Dated: December 22, 2011

*Agreed and Accepted by:*

| | |
|---|---|
| */s/ Edward R. Nelson, III* | */s/ Yar R. Chaikovsky* |
| Edward R. Nelson, III | Yar R. Chaikovsky |
| enelson@nbclaw.net | ychaikovsky@mwe.com |
| Texas State Bar No. 00797142 | Michael F. Martin |
| Christie B. Lindsey | mfmartin@mwe.com |
| clindsey@nbclaw.net | McDERMOTT WILL & EMERY LLP |
| Texas State Bar No. 24041918 | 275 Middlefield Road, Suite 100 |
| NELSON BUMGARDNER CASTO, P.C. | Menlo Park, California  94025-4004 |
| 3131 West 7th Street, Suite 300 | Telephone: (650) 815-7400 |
| Forth Worth, Texas  76107 | Facsimile: (650) 815-7401 |
| Telephone: (817) 377-9111 | |
| Facsimile: (817) 377-3485 | David M. Beckwith |
| | dbeckwith@mwe.com |
| Anthony G. Simon | McDERMOTT WILL & EMERY LLP |
| asimon@simonlawpc.com | 18191 Von Karman Avenue, Suite 500 |
| Timothy E. Grochocinski | Irvine, California  92612-7108 |
| teg@simonlawpc.com | Telephone: (949) 851-0633 |
| THE SIMON LAW FIRM, P.C. | Facsimile: (949) 851-9348 |
| 800 Market Street, Suite 1700 | |
| St. Louis, Missouri  63101 | J. Thad Heartfield |
| Telephone: (314) 241-2929 | thad@jth-law.com |
| Facsimile: (314) 241-2029 | Texas State Bar No. 09346800 |
| | The Heartfield Law Firm |
| S. Brannon Latimer | 2195 Dowlen Road |
| Brannon.latimer@latimeriplaw.com | Beaumont, Texas  77706 |
| Texas State Bar No. 24060137 | Telephone: (409) 866-3318 |
| LATIMER INTELLECTUAL PROPERTY, PC | Facsimile: (409) 866-5789 |
| P.O. box 471430 | |
| Fort Worth, Texas  76147 | Attorneys for Defendants |
| Telephone: (469) 619-7291 | HTC CORPORATION, HTC B.V.I., HTC |
| Facsimile: (972) 767-3320 | AMERICA, INC., AND EXEDEA, INC. |
| | |
| T. John Ward, Jr. | */s/ John H. McDowell, Jr.* |
| jw@jwfirm.com | John H. McDowell, Jr. |
| Texas State Bar No. 00794818 | Texas State Bar No. 13570825 |
| WARD & SMITH LAW FIRM | johnmcdowell@andrewskurth.com |
| 111 W. Tyler Street | Banjamin J. Setnick |
| Longview, Texas  75601 | Texas State Bar No. 24058820 |
| Telephone: (903) 757-6400 | bensetnick@andrewskurth.com |
| Facsimile: (903) 757-2323 | ANDREWS KURTH LLP |

Attorneys for Plaintiff
SMARTPHONE TECHNOLOGIES, LLC

1717 Main Street, Suite 3700
Dallas, Texas  75201
Telephone:  (214) 659-4400
Facsimile:  (214) 915-1434

Attorneys for Defendants
SONY ERICSSON MOBILE COMMUNICATIONS AB and SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.

*/s/ Kirk R. Ruthenberg*
Kirk R. Ruthenberg (Lead Attorney)
Kirk.ruthenberg@snrdenton.com
District of Columbia Bar No. 415520
Qian Huang
Qian.huang@snrdention.com
District of Columbia Bar No. 495542
SNR DENTON US LLP
1301 K. Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364
Telephone:  (202) 408-6410
Facsimile:  (202) 408-6399

Mark C. Nelson
mark.nelson@snrdenton.com
Texas State Bar No. 00794361
Robert Needham
Robert.needham@snrdention.com
Texas State Bar No. 24070319
SNR DENTON US LLP
2000 Mckinney Avenue, Suite 1900
Dallas, Texas  75201-1858
Telephone:  (214) 259-0990
Facsimile:  (214) 259-0910

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on this 22nd day of December, 2011. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Yar R. Chaikovsky*
Yar R. Chaikovsky

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Apple has satisfied the "meet and confer" requirements of Local Rule CV-7(h), and that opposing counsel of record in this matter is not opposed to the relief sought in this Motion. Counsel for HTC, David M. Beckwith, conferred via email with Brannon Latimer, Counsel for SmartPhone Technologies LLC on December 22, 2011, and SmartPhone does not object to the relief requested herein. I am lead counsel for Apple in this matter and I am also admitted to practice in the United States District Court for the Eastern District of Texas.

*/s/ David M. Beckwith*
David M. Beckwith