IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SMARTPHONE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HTC CORPORATION, HTC AMERICA, INC., SONY ERICSSON MOBILE COMMUNICATIONS AB, SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC. and T-MOBILE USA, INC.<br><br>Defendants. | Civil Action No. 6:10-cv-580<br>JURY TRIAL DEMANDED<br>PATENT CASE |

**ORDER GRANTING JOINT MOTION TO
AMEND DOCKET CONTROL ORDER**

Before the Court is the parties' Joint Motion to Amend Docket Control Order. Having considered the Motion, and finding that good cause exists, it is hereby ORDERED that the Amended Docket Control Order entered by this Court on October 11, 2011 (Dkt. 126) is changed as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Proposed Technical Advisors due. Parties to provide name, address, phone number, and curriculum vitae for up to three agreed technical advisors and information regarding the nominees' availability for *Markman* hearing or a statement that they could not reach an agreement as to any potential technical advisor, they shall not submit any proposed technical advisors to the Court. | December 22, 2011 | December 29, 2011 |

**So ORDERED and SIGNED this 28th day of December, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1