## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **SMARTPHONE TECHNOLOGIES, LLC,** | |
| Plaintiff, | Civil Action No. 6:10-cv-580 |
| v. | **JURY TRIAL DEMANDED** |
| **HTC CORPORATION, et al.,** | |
| Defendants. | |

## ORDER GRANTING JOINT MOTION TO AMEND/CORRECT DOCKET CONTROL ORDERS

Before the Court is the parties' Joint Motion to Amend/Correct Docket Control Orders. Having considered the Motion, and finding that good cause exists, it is hereby ORDERED that the Docket Control Order entered on July 20, 2011 [Dkt. No. 108] and the Amended Docket Control Orders entered on October 11, 2011 [Dkt. No. 126] and December 7, 2011 [Dkt. 137], respectively, are changed as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Comply with P.R. 4-1** – Exchange Proposed Terms and Claim Elements for Construction for remaining patents-in-suit. | January 6, 2012 | January 20, 2012 |
| **Comply with P.R. 4-5 (a)** – Opening *Markman* brief for the six overlapping asserted patents with *Smartphone v. Research in Motion, et al.*, Case No.: 6:10-cv-00074-LED. | January 9, 2012 | January 11, 2012 |
| **Comply with P.R. 4-5(b)** - Responsive brief and supporting evidence due to party claiming patent infringement for the six overlapping asserted patents with *Smartphone v. Research in Motion, et al.*, Case No.: 6:10-cv-00074-LED. If a technical advisor has been appointed the moving party is to provide their *Markman* brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor. | February 3, 2012 | February 7, 2012 |

| | | |
|---|---|---|
| **Tutorials due**. Deadline for parties, if they desire, to provide the Court with tutorials concerning technology involved in the patents. If a technical advisor has been appointed, each party that provides a tutorial shall provide a copy to the advisor. | | |

**So ORDERED and SIGNED this 6th day of January, 2012.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE