IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SMARTPHONE TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 6:10-cv-580 |
| HTC CORPORATION, HTC AMERICA, INC., | ) | JURY TRIAL DEMANDED |
| SONY ERICSSON MOBILE | ) | PATENT CASE |
| COMMUNICATIONS AB, SONY ERICSSON | ) | |
| MOBILE COMMUNICATIONS (USA), INC. | ) | |
| and T-MOBILE USA, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

ORDER GRANTING JOINT MOTION TO
AMEND DOCKET CONTROL ORDERS

Before the Court is the parties' Joint Motion to Amend Docket Control Orders. Having considered the Motion, and finding that good cause exists, it is hereby ORDERED that the Amended Docket Control Order entered by this Court on entered on July 20, 2011 [Dkt. No. 108] and the Amended Docket Control Orders entered on October 11, 2011 [Dkt. No. 126], December 7, 2011 [Dkt. 137] and January 6, 2012 [Dkt. 150] are changed as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Comply with P.R. 4-3. Filing of Joint Claim Construction and Prehearing Statement for the six common patents. | January 6, 2012 | January 9, 2012 |

**So ORDERED and SIGNED this 9th day of January, 2012.**

1

_John P. Love_

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE