**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| SMARTPHONE TECHNOLOGIES LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:10-cv-580 |
| HTC CORPORATION, et al., | § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § § § | |

### ORDER DISMISSING DEFENDANT
### T-MOBILE USA, INC. WITHOUT PREJUDICE

Before the Court is the Agreed Motion to Dismiss Defendant T-Mobile USA, Inc. without Prejudice. After considering the Motion and finding that good cause exists for its entry, it is hereby ORDERED that Defendant T-Mobile USA, Inc. be and is hereby DISMISSED from the above-entitled and numbered cause without prejudice, that the counterclaims of Defendant T-Mobile USA, Inc. against SmartPhone Technologies LLC are DISMISSED without prejudice, and that each party shall bear its own costs and fees.

**So ORDERED and SIGNED this 21st day of February, 2012.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**