**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **SMARTPHONE TECHNOLOGIES LLC,** | |
| Plaintiff, | Civil Action No. 6:10-cv-580 |
| v. | **JURY TRIAL DEMANDED** |
| **HTC CORPORATION, et al.,** | |
| Defendants. | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE
OF DEFENDANTS SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.
(N/K/A SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.)
AND SONY ERICSSON MOBILE COMMUNICATIONS AB (N/K/A SONY MOBILE
COMMUNICATIONS AB)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) and (c), Plaintiff Smartphone Technologies LLC ("SmartPhone") and Defendants Sony Ericsson Mobile Communications (USA) Inc. (N/K/A Sony Mobile Communications (USA) Inc.) and Sony Ericsson Mobile Communications AB (N/K/A Sony Mobile Communications AB) (together, "Sony Mobile") hereby stipulate that all claims and causes of action asserted by SmartPhone against Sony Mobile, and all claims and causes of action asserted by Sony Mobile against SmartPhone, in the above-entitled and numbered action be, and hereby are, dismissed with prejudice to re-filing same. A proposed order is attached. Each party shall bear its own costs and fees, including attorneys' fees.

**Dated: October 2, 2012**

| | |
|---|---|
| /s/ Edward R. Nelson, III | /s/ John H. McDowell, Jr. |
| Edward R. Nelson, III | John H. McDowell, Jr. |
| enelson@nbclaw.net | Texas State Bar No. 13570825 |
| Texas State Bar No. 00797142 | johnmcdowell@andrewskurth.com |
| Christie B. Lindsey | Benjamin J. Setnick |
| clindsey@nbclaw.net | Texas State Bar No. 24058820 |
| Texas State Bar No. 24041918 | bensetnick@andrewskurth.com |
| S. Brannon Latimer | ANDREWS KURTH LLP |

blatimer@nbclaw.net
Texas State Bar No. 24060137
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111
Fax: (817) 377-3485

Anthony G. Simon
asimon@simonlawpc.com
Benjamin R. Askew
baskew@simonlawpc.com
Michael P. Kella
mkella@simonlawpc.com
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, MO 63101
Phone: (314) 241-2929
Fax: (314) 241-2029 9

T. John Ward, Jr.
jw@wsfirm.com
Texas State Bar No. 00794818
J. Wesley Hill
wh@wsfirm.com
Texas State Bar No. 24032294
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas 75601
(903) 757-6400
(903) 757-2323 (fax)

**Attorneys for Plaintiff
SmartPhone Technologies LLC**

1717 Main Street, Suite 3700
Dallas, Texas 75201
Tel: (214) 659-4400
Fax: (214) 915-1434
James V. Mahon (pro hac vice)
jamesmahon@andrewskurth.com
L. Scott Bloebaum (pro hac vice)
scottbloebaum@andrewskurth.com
ANDREWS KURTH LLP
4819 Emperor Blvd.
Suite 400
Durham, NC 27703
Tel: (919) 313-4827
Fax: (202) 974-9553

**Attorneys for Defendants Sony Ericsson Mobile Communications AB (N/K/A Sony Mobile Communications AB) and Sony Ericsson Mobile Communications (USA), Inc. (N/K/A Sony Mobile Communications (USA), Inc.)**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of October, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                              /s/ Edward R. Nelson, III